IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERMAN GOLDNER COMPANY INC.**, *Plaintiff,* v. **NORESCO, LLC,** *et al.*, *Defendants.* | **Case No. 2:22-cv-05047-JDW** |

## ORDER

**AND NOW**, this 3rd day of April, 2023, upon consideration of Defendants' Motion To Compel Arbitration (ECF No. 7), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion To Compel Arbitration (ECF No. 7) is **GRANTED**;

2. The Parties shall present this dispute for resolution in mediation under the Construction Industry Mediation Procedures of the American Arbitration Association, pursuant to Section 6.1 of the Subcontract Agreement (ECF No. 1-3 at 24);

3. The Clerk of Court shall place this case in **CIVIL SUSPENSE** pending resolution of the arbitration; and

4. The Parties shall notify the Court within seven days of any final award in any arbitration proceeding.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.